USCA1 Opinion

 

 February 3, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1834 RICHARD T. ENO, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Richard T. Eno on brief pro se. ______________ A. John Pappalardo, United States Attorney, and Suzanne E. ____________________ ___________ Durrell, Assistant United States Attorney, on brief for appellee. _______ ____________________ ____________________ Per Curiam. We have reviewed the briefs and the ___________ record on appeal. The district court order of May 6, 1993, which denied appellant's motion to reinstate his lawsuit and to consider appellant's motion for summary judgment filed in October 1990, was neither erroneous nor an abuse of discretion. Affirmed. _________ -2-